MCGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR MUNGUIA (a/k/a Gildardo Barrios)<br>MARISA MUNGUIA<br>MARIA DOLORES BARRIOS-ALVAREZ<br>JOSEVAN ARIAS<br>IVAN CORVERA-BENITEZ<br>ANTONIO SOTO-PEREZ<br>ELMER RODRIGUEZ-COLIO,<br><br>Defendants. | CASE NO. 2:19-MJ-103-EFB<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: September 18, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney James R. Conolly, and defendants Edgar MUNGUIA (a/k/a Gildardo Barrios), Marisa MUNGUIA, and Antonio SOTO-PEREZ, individually and by and through their counsel of record, Lexi Negin, Mary Ann Bird, and Etan Zaitsu, respectively, hereby stipulate as follows:

1.  The Complaint in this case was filed on July 3, 2019, and these three defendants first appeared before a judicial officer of the Court in which the charges in this case were pending on July 12, 2019. The court set a preliminary hearing date of July 26, which the Court continued to September 18, 2019, at the parties' request. One other defendant, Ivan CORVERA-BENITEZ appeared in this matter

1  on August 28, 2019, and the date for his preliminary hearing, currently also set for September 18, 2019,

2  is the subject of a separate stipulation and order.  The remaining three defendants charged in the

3  Complaint, listed in the caption above, have not yet appeared in this case, and therefore no preliminary

4  hearings have been set with respect to those defendants.

5       2.     By this stipulation, Edgar MUNGUIA (a/k/a Gildardo Barrios), Marisa MUNGUIA, and

6  Antonio SOTO-PEREZ, with the United States, jointly move for an extension of time of their

7  preliminary hearing date to October 17, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to

8  Rule 5.1(d) of the Federal Rules of Criminal Procedure.  The parties stipulate that the delay is required

9  to allow the defense reasonable time for preparation, and for the government's continuing investigation

10  of the case. The parties further agree that the interests of justice served by granting this continuance

11  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

12       3.     The parties agree that good cause exists for the extension of time, and that the extension

13  of time would not adversely affect the public interest in the prompt disposition of criminal cases.

14  Therefore, the parties request that the time between September 18, 2019, and October 17, 2019, be

15  excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

16       IT IS SO STIPULATED.

Dated:  September 16, 2019      McGREGOR W. SCOTT
     United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  September 16, 2019      /s/ LEXI NEGIN
LEXI NEGIN
Assistant Federal Defender
Counsel for Defendant
EDGAR MUNGUIA (a/k/a Gildardo Barrios)

Dated:  September 16, 2019      /s/ MARY ANN BIRD
MARY ANN BIRD
Counsel for Defendant
MARISA MUNGUIA

Dated:  September 16, 2019      /s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
ANTONIO SOTO-PEREZ

STIPULATION      2

| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JAMES R. CONOLLY<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:19-MJ-103-EFB |
|---|---|
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| EDGAR MUNGUIA (a/k/a Gildardo Barrios)<br>MARISA MUNGUIA<br>MARIA DOLORES BARRIOS-ALVAREZ<br>JOSEVAN ARIAS<br>IVAN CORVERA-BENITEZ<br>ANTONIO SOTO-PEREZ<br>ELMER RODRIGUEZ-COLIO, | DATE: September 18, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |
| Defendants. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the United States and defendants Edgar MUNGUIA (a/k/a Gildardo Barrios), Marisa MUNGUIA, and Pedro SOTO-PEREZ, in this matter on September 16, 2019.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant

in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to October 17, 2019, at 2:00 p.m.

2. The time between September 18, 2019, and October 17, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  September 17, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE