Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
"Antonio Soto-Perez" aka
JONATHON LOUIS WILLSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTONIO SOTO-PEREZ,<br><br>            Defendant. | Case No.: 2:19-CR-00175 MCE<br><br>**NOTICE AND REQUEST TO SEAL "ADDITIONAL EXHIBIT IN SUPPORT OF MOTION FOR TEMPORARY RELEASE"**<br><br>DATE: July 22, 2020<br>TIME:  2:00 p.m.<br>COURT: Hon. Allison Claire |

## NOTICE

PLEASE TAKE NOTICE that Defendant "ANTONIO SOTO-PEREZ," whose real name is Jonathon Willson, by and through his undersigned counsel, requests that the following documents be filed under seal: "Additional Exhibit in Support of Motion for Temporary Release." The exhibit includes a scanned copy of Willson's birth certificate and social security card, and medical information relating to Willson's father's death. Sealing is sought to protect the private nature of the documents.

1

**Request to Seal**

1   Pursuant to Local Rules 141(b), this notice and request to seal documents has been filed
2 electronically, and served on all parties. Additionally, the government and Pretrial Services have
3 been sent a copy of the documents.

4

5 Dated:  July 21, 2020                                  /s/ *Etan Zaitsu*_____
                                                        ETAN ZAITSU
6
7                                                       Attorney for Defendant
                                                        "ANTONIO SOTO-PEREZ" aka
8                                                       Jonathon Louis Willson

**Request to Seal**

**REQUEST TO SEAL DOCUMENTS**

Defendant "ANTONIO SOTO-PEREZ," whose real name is Jonathon Willson, by and through his undersigned counsel, requests that the following documents be filed under seal: "Additional Exhibit in Support of Motion for Temporary Release." The exhibit includes a scanned copy of Willson's birth certificate and social security card, and medical information relating to Willson's father's death. The documents are related to Willson's motion for temporary release (Dkt. 55) and may be important to the Court in determining Willson's identity, and to verify Willson's father's death last week. Sealing is sought to protect the private nature of the documents.

Dated: July 21, 2020                                       /s/ *Etan Zaitsu*_____
                                                                         ETAN ZAITSU

                                                                         Attorney for Defendant
                                                                         "ANTONIO SOTO-PEREZ" aka
                                                                         Jonathon Louis Willson

**Request to Seal**

**[~~PROPOSED~~] ORDER**

Pursuant to Local Rule 141 (b) and based upon the representation contained in the defendant's Request to Seal, IT IS HEREBY ORDERED that the defendant's "Additional Exhibit in Support of Motion for Temporary Release," relating Defendant's Motion for Temporary Release at Dkt. 55, pertaining to identity documents and medical records, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and U.S. Pretrial Services.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing the Defendant's documents serves a compelling interest.

DATE: July 22, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE