Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
JONATHON WILLSON (CHARGED AS ANTONIO SOTO-PEREZ)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ANTONIO SOTO-PEREZ,<br><br>　　　　　　　　　Defendant. | Case No.: 2:19-CR-000175 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION TO CONFIRM IDENTITY** |

　　　　Defendant Jonathon Louis Willson (charged as "Antonio Soto-Perez") is scheduled to appear before the Duty Magistrate on Wednesday, January 13, 2021 at 2:00 p.m. for a hearing on his motion to confirm his identity. By this stipulation, the parties agree to continue the matter to February 10, 2021 at 2:00 p.m., before the Duty Magistrate that week. The defendant has shown to the government federal identification documents sufficient to establish that his name is Jonathon Willson, and admits that the name "Antonio Soto-Perez" is an alias. On this basis, the parties agree that an evidentiary hearing is no longer required. Other related issues, however, remain. The parties, therefore, will submit a joint memo discussing the remaining issues prior to the new court date.

1

**Stipulation to Continue**

Respectfully submitted,

Dated: January 11, 2021					/s/ Etan Zaitsu for
							ETAN ZAITSU
							Attorney for Defendant
							JONATHON WILLSON
							a.k.a. Antonio Soto-Perez


Dated: January 11, 2021					/s/ James Conelly
							JAMES CONELLY
							Assistant United States Attorney


## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the Motion Hearing scheduled for January 13, 2021, is vacated. A new Motion Hearing is scheduled for February 10, 2021, at 2:00 p.m., before Magistrate Judge Allison Claire.

IT IS SO ORDERED.

Dated: January 12, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation to Continue**