Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
JONATHON LOUIS WILLSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>JONATHAN LEWIS WILSON,<br><br>               Defendant. | Case No.: 2:19-CR-00175 MCE<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER TO CORRECT RECORD** |

**STIPULATION**

Defendant Jonathon Louis Willson, by and through his counsel of record, and plaintiff United States of America (the "government"), by and through its counsel of record, hereby stipulate as follows:

1. On March 10, 2021, a hearing was held before the Honorable Magistrate Allison Claire on defendant's motion to confirm and correct records regarding his identity. Based on information presented to the Court, the Court agreed that the evidence was sufficient to order a correction of defendant's name on the docket and with the Clerk's Office.

2. The Minute Order at Docket 87 ordering the correction of defendant's name, however, was entered incorrectly. The docket entry orders "that the Defendant's true and correct name is Jonathan Lewis Wilson," and that "the Clerk's Office is

1

**Stipulation and Proposed Order**

instructed to change the defendants name on the docket to Jonathan Lewis Wilson, aka Antonio Soto-Perez." As presented to the Court, however, the spelling of defendant's name is Jonathon Louis Willson.

3. By this stipulation, the parties jointly request correction of the spelling of defendant's name on the docket and with the Clerk's Office.

IT IS SO STIPULATED

Dated:  June 9, 2021                                         /s/ *Etan Zaitsu*_____
                                                             ETAN ZAITSU
                                                             Attorney for Defendant
                                                             JONATHON LOUIS WILLSON

Dated:  June 9, 2021                                         PHILLIP A. TALBERT
                                                             Acting United States Attorney

                                                             s/ *James Conolly*_____
                                                             JAMES CONOLLY
                                                             Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Based upon the stipulation and representations of the parties, the Court agrees that the spelling of Defendant's name as referenced in Docket Entry 87 was entered incorrectly. The Court, therefore, orders the following correction: It is Hereby ordered that the Defendant's true and correct name is Jonathon Louis Willson. The Clerk's Office is instructed to change the Defendant's name on the docket to Jonathon Louis Willson, aka Antonio Soto-Perez.

IT IS SO FOUND AND ORDERED this 10th day of June, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Stipulation and Proposed Order**